1  Todd M. Friedman (SBN 216752)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2  21550 Oxnard St. Suite 780,
3  Woodland Hills, CA 91367
   Phone: 877-206-4741
4  Fax: 866-633-0228
5  tfriedman@toddflaw.com
   *Attorney for Plaintiff*
6

7              **UNITED STATES DISTRICT COURT**
8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  DAVID WEISBERG, individually, and on behalf of all others similarly situated<br>Plaintiff,<br>v.<br>WINNING CONNECTIONS, INC., and DOES 1 through 10, inclusive, and each of them<br>Defendants. | **Case No.:**<br><br>2:20-cv-10983<br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

17    **NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of
18 Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without
19 prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a
20 motion for summary judgment. Accordingly, this matter may be dismissed
21 without prejudice and without an Order of the Court.
22
23    Respectfully submitted this 27th Day of December, 2020.
24
25                    By: s/Todd M. Friedman Esq.
                          Todd M. Friedman
26                        Attorney For Plaintiff
27
28

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on December 27, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on December 27, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Todd M. Friedman
   Todd M. Friedman